No. 629. LOWENSTEIN, TRUSTEE IN BANKRUPTCY, *v.* REIKES ET AL.; and

No. 630. SAME *v.* I. N. PLATT & Co., INC. February 23, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Jacob M. Zinaman* for petitioner. *Mr. Seymour J. Koff* for respondents.

No. 632. WRIGHT ET AL. *v.* UNITED STATES. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Felix E. Alley* for petitioners. *Solicitor General Thacher,* and *Messrs. Claude R. Branch, Aubrey Lawrence,* and *Nat M. Lacy* for the United States.

No. 633. TILLMAN *v.* RUSSO-ASIATIC BANK. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Borris M. Komar* for petitioner. *Mr. Maurice Leon* for respondent.

No. 635. SPEAKMAN, ANCILLARY RECEIVER, *v.* BRYAN, STATE RECEIVER. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Selden Bacon, Robert C. Alston, Robert H. Richards, Paul B. Cromelin,* and *Gregory Hankin* for petitioner. *Messrs. W. E. Norvell, Jr., S. N. Evins,* and *James H. Anderson* for respondent.

No. 637. SEABOARD AIR LINE RY. Co. *v.* SPENCER. February 23, 1932. Petition for writ of certiorari to the Supreme Court of North Carolina denied. *Mr. Murray*